FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

SEP 4 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff-Appellee, <br><br> v. <br><br> DANIEL RAY, AKA Popeye, AKA Daniel T. Ray, AKA Daniel Thomas Ray, <br><br> Defendant-Appellant. | No. 18-50115 <br><br> D.C. No. 5:17-cr-00159-PA-2 <br> Central District of California, <br> Riverside <br><br> **ORDER** |
| UNITED STATES OF AMERICA, <br><br> Plaintiff-Appellee, <br><br> v. <br><br> PATRICK JOHN BACON, <br><br> Defendant-Appellant. | No. 18-50120 <br><br> D.C. No. 5:17-cr-00159-PA-1 |

.

**THOMAS**, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that *United States v. Bacon*, No. 18-50120, be reheard en banc pursuant to Federal Rule of Appellate Procedure 35(a) and Circuit Rule 35-3. The three-judge panel opinion is vacated. The memorandum disposition is vacated with respect to *United States*

*v. Bacon*, No. 18-50120. The mandate remains in effect with respect to *United States v. Ray*, No. 18-50115.